

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Earnie Amos Barber, Appellant

No. 06-13-00099-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Delta County, Texas (Tr. Ct. No. 7230).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Earnie Amos Barber, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 24, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk